Helen F. Dalton & Associates, PC
Roman Avshalumov (RA5508)
69-12 Austin Street
Forest Hills, NY 11375
Telephone: 718-263-9591

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
OCTAVIO MENDEZ-VIVANCO, PALEMON
MENDEZ-VIVANCO, ALFREDO SANCHEZ CORONA,
JOHN SEBASTIAN REGALADO, and PETRA YAHUITL,

        Plaintiffs,                                    **14-CV-4016 (DLI)(RER)**

                                                          **STIPULATION AND ORDER**
    -against-                                        **OF DISMISSAL**

"ABC Corporation" d/b/a ROTI ON THE RUN, "DEF
Corporation" d/b/a BAKEWELL CHIEFS names of
corporations being fictitious and unknown to plaintiffs,
ROTI ON THE RUN II CORP., CHIES SAMSAIR a/k/a
CHIEFS SAMSAIR, and ELIZABETH SAMSAIR,
as individuals,

        Defendants.
------------------------------------------------------------X

    IT IS HEREBY STIPULATED AND AGREED, by and between the parties in the above captioned action, through the undersigned counsel, that the action (and all claims and causes of action that were or could have been asserted in it) be withdrawn, discontinued and dismissed, with prejudice, in accordance with Rule 41 of the Federal Rules of Civil Procedure.

*[signature]*                                                  Dated: 1/29, 2015

Roman Avshalumov, Esq. (RA5508)
HELEN F. DALTON & ASSOCIATES, P.C.
69-12 Austin Street
Forest Hills, NY 11375
(718) 263-9591
Attorneys for Plaintiffs

_____  Dated: January 28, 2015

To: CYNTHIA ANN AUGELLO
Cullen and Dykman LLP
100 Quentin Roosevelt Boulevard
Garden City, NY 11530
T: 516-357-3753
Attorneys for Defendants

**SO ORDERED.**

Dated: _____, 20__     _____
                                                                         United States District Judge